IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVIILE DIVISION

SANDRA K. DAWSON                                                                    PLAINTIFF

Civil No. 25-5042

JUDGE MARK LINDSEY; PROSECUTOR                                      DEFENDANTS
MATTHEW DURETT; WHITNEY DOOLITTLE,
Assistant Prosecuting Attorney; MEIKA HATCHER,
Assistant Prosecuting Attorney; SHERIFF JAY
CANTRELL; WASHINGTON COUNTY DETENTION
CENTER; TIM GRIFFIN, Arkansas State Attorney
General; HON JUDGE JOANNA TAYLOR; TONY
JONES, Court Appointed Attorney; and GOVERNOR
of ARKANSAS SARAH HUCKABEE SANDERS

**O R D E R**

On February 26, 2025, Sandra K. Dawson, currently a detainee in Washington County Detention Center, filed a petition that was docketed as an action pursuant to 28 U.S.C. § 2254 for a Writ of Habeas Corpus. (ECF No. 1). After reviewing the petition, the Court finds the cause of action should have been filed as a *pro se* civil rights action pursuant to 42 U.S.C. § 1983. **The Clerk is hereby directed to change the cause of action to 42 U.S.C. § 1983, and to change the Nature of Suit to 550**.

The Court notes that Plaintiff paid the $5 filing fee required for filing an action pursuant to 28 U.S.C. § 2254; however, the filing fee for filing a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 is $350, plus an administrative fee of $55, totaling $405. **For this reason, the Clerk is directed to mail a blank IFP application to Plaintiff.**

2

Plaintiff is given until **March 20, 2025**, to either have the completed IFP application returned to this Court for review and filing or pay the balance of the filing fee and administrative fee of $400 ($405-$5) that is still owed**. If Plaintiff fails to file the completed IFP application or pay the remaining $400 by March 20, 2025, the complaint shall be dismissed, without further notice, for failure to obey an order of the Court**.

IT IS SO ORDERED this 27th day of February 2025.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE