IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**SANDRA K. DAWSON**                                                                                       **PLAINTIFF**

**V.**                                          **CASE NO. 5:25-CV-5042**

**JUDGE MARK LINDSAY;**
**PROSECUTOR MATTHEW DURETT;**
**WHITNEY DOOLITTLE, Assistant Prosecuting Attorney;**
**MEIKA HATCHER, Assistant Prosecuting Attorney;**
**SHERIFF JAY CANTRELL;**
**WASHINGTON COUNTY DETENTION CENTER;**
**TIM GRIFFIN, Arkansas State Attorney General;**
**HONORABLE JUDGE JOANNA TAYLOR;**
**TONY JONES, Court Appointed Attorney; and**
**GOVERNOR OF ARKANSAS, SARAH HUCKABEE SANDERS**          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 13) filed in this case on May 6, 2025, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 27th day of May, 2025.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE